

ACCEPTED
03-13-00403-CR
8261707
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/16/2015 11:44:01 AM
JEFFREY D. KYLE
CLERK

December 16, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

12/16/2015 11:44:01 AM

JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711

**Re:    Joseph Timothy Shimko v. State of Texas
No. 03-13-00403-CR**

Dear Mr. Kyle:

I'm sending this letter in order to certify my compliance with Tex. R. App. Proc. 48.4. On December 2, 2015, I mailed Mr. Shimko a copy of the opinion and judgment, along with notifying him about his right to file a petition for discretionary review within 30 days of the issuance of the opinion. I've enclosed a copy of the return receipt on the certified letter that was mailed to Mr. Shimko.

Please let me know if you need any further information from me.

Sincerely,

Chris Perri

**SENDER: COMPLETE THIS SECTION**

■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Tim Shimko
205 S. Main St., Apt. E
Fort Worth, TX
    76104-1251

2. Article Number
(Transfer from service label)    7014 2120 0000 6035 5002

PS Form 3811, July 2013                Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____     ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                  DEC 0 9 2015

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☑ Certified Mail®        ☐ Priority Mail Express™
☐ Registered            ☐ Return Receipt for Merchandise
☐ Insured Mail          ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)     ☐ Yes